IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| ANNE FEENEY,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JORDAN GREER and UNITED STATES OF AMERICA,<br><br>　　　　　　Defendants. | CV 21-77-BU-BMM<br><br><br><br>ORDER |

Upon review of the United States' Unopposed Motion to Amend the Scheduling Order (Doc. 46), and for good cause appearing:

IT IS HEREBY ORDERED that the United States' Unopposed Motion to Amend the Court's Scheduling Order is GRANTED;

IT IS FURTHER ORDERED that the following deadlines in the Scheduling Order (Doc. 44) shall be AMENDED as follows:

| | |
|---|---|
| All parties shall disclose liability experts on or before: | <u>December 2, 2022</u> |
| Plaintiff shall disclose damages experts (with Rule 26(a)(2) reports) on or before: | <u>December 2, 2022</u> |

1

| | |
|---|---|
| Defendants shall disclose damages experts (with Rule 26(a)(2) reports) on or before: | December 29, 2022 |
| All parties shall disclose rebuttal experts on or before: | January 20, 2023 |
| Discovery shall close on: | March 3, 2023 |

IT IS FURTHER ORDERED that the remaining deadlines set forth in the Court's April 29, 2022 Scheduling Order (Doc. 44) shall remain in full force and effect.

DATED this 1st day of November, 2022.

_____
Brian Morris, Chief District Judge
United States District Court